JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE SQUARE, | No.   CV 07–7052 PA (JTLx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN POTTER, Postmaster General United States Postal Service, | |
| Defendant. | |

In accordance with the Court's June 22, 2009 Order granting the motion for summary judgment filed by defendant John Potter, Postmaster General United States Postal Service ("Defendant"),

It is ORDERED, ADJUDGED, and DECREED that judgment is entered as follows:

1. Plaintiff Yvette Square shall recover nothing from Defendant;

2. Defendant shall have judgment in its favor; and

3. Defendant shall recover its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: June 22, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE